[No. 48060-3-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER WILLIAL NEWLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-01277-0, Michael H. Evans, J., entered September 10, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 48408-1-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL GLENN HARDING, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00754-5, Marilyn K. Haan, J., entered December 1, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48409-9-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY LEE MICKENS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 15-1-00851-7, James J. Stonier, J. Pro Tem., entered December 8, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 48529-0-II.   Division Two.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMEIKO TERRELL GRAVES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00191-2, Jennifer A. Forbes, J., entered November 2, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.